Filed 5/18/26  P. v. Mirza CA2/1

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE, | B347179 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. 24PSCF00368) |
| v. | |
| STEVEN ERIK MIRZA, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Victor Martinez, Judge.  Affirmed.

Brian Y. Shirazi, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

Defendant Steven Mirza appeals from his convictions of reckless flight from a police officer and carrying a concealed firearm in a vehicle. Mirza's appointed appellate counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), identifying no issues and requesting this court to review the record and determine whether any arguable issue exists on appeal. We have done so and affirm.

## BACKGROUND

An information filed on January 29, 2025, charged Mirza with one count of fleeing a pursuing peace officer's motor vehicle while driving recklessly, in violation of Vehicle Code section 2800.2 (count 2), and one misdemeanor count of having a concealed firearm in a vehicle, in violation of Penal Code section 25400, subdivision (a)(1) (count 3).

The matter was called for jury trial on June 10, 2025. The following facts were adduced at trial:

On June 20, 2024, at approximately 10:30 p.m., a marked California Highway Patrol vehicle traveling westbound on the 210 Freeway near Foothill Boulevard observed a red Jeep Grand Cherokee without a rear license plate. When officers activated emergency lights and sirens to initiate a traffic stop, the Jeep did not yield and instead accelerated away, turning off its headlights and activating its hazard lights. During the ensuing pursuit, the Jeep reached speeds exceeding 140 miles per hour on the freeway and approximately 70 miles per hour on surface streets. Portions of the pursuit were recorded on in-car video footage admitted as People's exhibits 2 and 9. The pursuit ended after the Jeep came to a stop due to a mechanical malfunction. The driver of the Jeep was identified as Mirza.

2

Following the stop, officers conducted a vehicle inventory search and located a firearm fully inside a small black bag on the rear seat of the Jeep. The firearm was identified as a Springfield XD9 handgun bearing serial number BY560295, and testimony established that the firearm and trigger were in working order. No DNA or fingerprint testing was performed on the vehicle or firearm.

On June 13, 2025, the jury found Mirza guilty on both counts.

On June 23, 2025, the trial court suspended imposition of sentence and placed Mirza on formal probation for a period of two years. Mirza was also ordered to serve a total county jail sentence of 365 days, consisting of 180 days for count 2 and 185 days for count 3, and the court awarded 32 days of presentence custody credit.

Mirza filed a timely notice of appeal on June 23, 2025.

## DISCUSSION

Mirza's appellate counsel filed a brief identifying no issue and requested this court review the record pursuant to *Wende, supra*, 25 Cal.3d 436. On January 28, 2026, Mirza's appellate counsel notified him of his right to file a supplemental brief. On January 29, 2026, this court did the same. Mirza did not file a supplemental brief.

We have examined the entire record and are satisfied that counsel has complied with his responsibilities and that no arguable issue exists. (*People v. Kelly* (2006) 40 Cal.4th 106, 110–111; *Wende, supra*, 25 Cal.3d at p. 441.)

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED

                                                 M. KIM, J.

We concur:

ROTHSCHILD, P. J.

WEINGART, J.

4